# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Manglona, Ramona V. | District Court for the Northern Mariana Islands | 11/07/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (active) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

123 Koppa di Oru Street
P.O. Box 500687
Saipan, MP 96950

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-trustee and beneficiary | Family trust |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 11/07/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Spouse's salary- Supreme Court, Northern Mariana Islands |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 11/07/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 11/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Guam- cash accounts | A | Interest | M | T | | | | | |
| 2. Sunset Life Insurance (Universal) | A | Interest | J | T | | | | | |
| 3. Rental Property- DFS, Garapan, Saipan, MP (Parcel 1) | D | Rent | N | W | | | | | |
| 4. Rental Property- Sandy Beach, Chalan Kanoa, Saipan, MP | C | Rent | M | W | | | | | |
| 5. Family Trust- lines 6 to 104 | | | | | | | | | |
| 6. - Garapan 1, 2 (8/22/92; $700,000) | | None | O | R | | | | | |
| 7. | | | | | | | | | |
| 8. - Garapan 3 (4/20/79; $25,000) | | None | K | R | | | | | |
| 9. - Navy Hill parcel 1 (12/29/1980; Gov't Land Exchange) | | None | M | W | | | | | |
| 10. - Navy Hill parcel 2 (12/29/1980; Gov't Land Exchange) | | None | M | W | | | | | |
| 11. - Chalan Kanoa parcel 1 (1/21/1964; $2,250) | D | Rent | J | R | | | | | |
| 12. - Chalan Kanoa parcel 2 (5/14/2007; Gov't Land Exchange) | | None | J | W | | | | | |
| 13. - Chalan Kanoa parcel 3 (5/14/2007; Gov't Land Exchange) | | None | J | W | | | | | |
| 14. - Dandan parcel 1 (7/29/1993; $10) | E | Rent | J | R | | | | | |
| 15. - Dandan parcel 2 (1/02/1988; $24,650) | | None | K | R | | | | | |
| 16. - Dandan parcel 3 (7/25/1988; $365,000) | | None | N | R | | | | | |
| 17. - Tuturam parcel 1 (8/27/1987; $70,000) | | None | L | R | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 11/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Tuturam parcel 2 (5/13/1986; $25,000) | | None | K | R | | | | | |
| 19. - Tuturam parcel 3 (8/31/1987; $134,532) | | None | M | R | | | | | |
| 20. - Papago parcel 1 (3/30/1995, $20) | A | Rent | J | R | | | | | |
| 21. - Papago parcel 2 (12/23/1987; $500,000) | | None | N | R | | | | | |
| 22. - Papago parcel 3 (3/17/1988; $25,000) | | None | K | R | | | | | |
| 23. - Papago parcel 4 (4/14/1988; $10,000) | | None | J | R | | | | | |
| 24. - Papago parcel 5 (4/20/1988; $33,000) | | None | K | R | | | | | |
| 25. - As Perdido parcel 1,2 (6/03/1991; $10) | | None | J | R | | | | | |
| 26. | | | | | | | | | |
| 27. - As Perdido parcel 3(11/5/1987; $52,000) | | None | L | R | | | | | |
| 28. - As Perdido parcel 4 (6/3/1987; 4bdrm house &furniture) | | None | M | W | | | | | |
| 29. - As Perdido parcel 5(7/01/1988; $300,000) | | None | N | R | | | | | |
| 30. - Chalan Kiya parcel 1,2 (5/19/1987; $400,000) | | None | N | R | | | | | |
| 31. | | | | | | | | | |
| 32. - San Roque parcel 1(8/30/1993; $100,000) | | None | L | R | | | | | |
| 33. - Finasisu #1,2 (2/1/2000; $50,025) | | None | L | R | | | | | |
| 34. -Finasisu #3 (5/14/2007; Gov't Land Exchange) | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 11/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Finasisu #4 (5/14/2007; Gov't Land Exchange) | | None | K | W | | | | | |
| 36. -Finasisu #5 (5/14/2007; Gov't Land Exchange) | | None | K | W | | | | | |
| 37. -Finasisu #6 (10/12/1999; Part of Gov't Land Exchange) | | None | M | W | | | | | |
| 38. -Finasisu #7 (1/13/2010; $9,000) | E | Rent | J | Q | | | | | |
| 39. -Finasisu #8,9,10, 11, 12 (3/16/1991; $300,000) | | None | N | R | | | | | |
| 40. - Puerto Rico parcel 1 (5/16/1986; $125,000) | | | | | Sold | 02/27/17 | P1 | H1 | Buyer: Norma S. Ada |
| 41. - Tanapag parcel 1 (7/30/1990; $2,000) | | None | J | R | | | | | |
| 42. - San Jose Village parcel 1,2,3 (6/28/2002; $80,000) | | None | L | R | | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. - Rota property 1 (2/25/1989; $300,000) | | None | N | R | | | | | |
| 46. - Rota property 2 (2/25/1989; $95,000) | | None | L | R | | | | | |
| 47. - Rota property 3 (3/03/1989; $120,000) | | None | M | R | | | | | |
| 48. -Tanapag Parcel 1, 2 (2/27/2009; $10) | | None | J | R | | | | | |
| 49. - Bank of Guam cash accounts | B | Interest | P1 | T | | | | | |
| 50. - First Hawaiian Bank cash accounts | A | Interest | M | T | | | | | |
| 51. - United Micronesia Development Association (UMDA) | C | Distribution | K | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 11/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Bank of Guam stock | C | Dividend | L | U | | | | | |
| 53. - Bank of Saipan stock | | None | J | U | | | | | |
| 54. - Saipan Shipping Co. stock | D | Dividend | J | U | | | | | |
| 55. - Saipan Stevedore stock | D | Dividend | J | U | | | | | |
| 56. - Duty Free Shop stock | A | Dividend | J | U | | | | | |
| 57. - Pacific Sky Travel stock | | None | L | U | | | | | |
| 58. - San Roque Beach stock | | None | J | U | | | | | |
| 59. - M.S. Villagomez stock | | None | N | U | | | | | |
| 60. - NMDC stock | | None | J | U | | | | | |
| 61. | | | | | | | | | |
| 62. - Dreyfus Ins. Deposits C | A | Interest | J | T | Closed | 11/29/17 | K | | |
| 63. - Family Trust cash account 1 held at Money Concepts Capital Corp. | D | Interest | J | T | Closed | 12/05/17 | J | | |
| 64. - Family Trust cash account 1 held at Money Concepts Capital Corp. | E | Dividend | J | T | Closed | 12/05/17 | J | | |
| 65. - Family Trust Money Concept | A | Distribution | J | T | Closed | 12/05/17 | J | | |
| 66. - AES Corp. Sr. NT | A | Interest | J | T | | | | | |
| 67. - Dolphin Subsidiary II Inc Sr NT | A | Interest | J | T | | | | | |
| 68. - Amerigas Fin Corp/ Amerigas Fin LLC GTD Sr NT | A | Interest | | | Redeemed | 05/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 11/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Intelsat Jackson Hldngs S A Sr Nt | A | Interest | | | Sold | 12/08/17 | J | | |
| 70. - Mirant Americas Generation LLC Sr Nt | A | Interest | J | T | | | | | |
| 71. - Donnelley RR&Sons | A | Interest | J | T | | | | | |
| 72. - Constellation Brands Inc. Sr Nt | A | Interest | J | T | | | | | |
| 73. - Teekay Corp Series ISIN | A | Interest | J | T | | | | | |
| 74. - United Rentals North America Inc. Sr Nt | A | Interest | J | T | Redeemed (part) | 10/25/17 | J | | |
| 75. - Vulcan Matls Co Fixed Rt Nt | A | Interest | J | T | | | | | |
| 76. - United Airlines Pass Thru Tr 2013 | A | Interest | | | Sold | 08/18/17 | J | A | |
| 77. - B&G Foods Inc. Gtd Fxd Rt | A | Interest | | | Sold | 12/08/17 | J | A | |
| 78. - Peabody Energy Corp. Sr Nt | A | Interest | | | Redeemed | 12/15/17 | J | | |
| 79. - Crown Castle Intl. Corp. Sr Nt | A | Interest | J | T | | | | | |
| 80. - Chesapeake Energy Corp. Sr Nt | A | Interest | | | Sold | 12/08/17 | J | | |
| 81. - CCO Holdings LLC Sr Nt | A | Interest | J | T | | | | | |
| 82. - Centurylink Inc. Sr Nt | A | Interest | J | T | | | | | |
| 83. - Denbury Res Inc. Del Sr Sub. Nt | A | Interest | | | Sold | 12/08/17 | J | | |
| 84. - Davita Inc Sr Nt | A | Interest | J | T | | | | | |
| 85. - Ferrellgas LP/Ferrellgas Fin Corp Sr Nt | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Healthsouth Corp. Gtd Sr Nt | A | Interest | J | T | | | | | |
| 87. - Iron Mtn. Inc. Del SrSub Nt | A | Interest | J | T | | | | | |
| 88. - Lamar Media Corp. Gtd Sr Sub Nt | A | Interest | J | T | | | | | |
| 89. - NRG Energy Inc. Gtd Fxd Rt | A | Interest | | | Redeemed | 12/29/17 | J | A | |
| 90. - Range Res Corp. Gtd SrSub Nt | A | Interest | J | T | | | | | |
| 91. - Penske Automotive Group Inc Fixed Rt | A | Interest | J | T | | | | | |
| 92. | | | | | | | | | |
| 93. - Ave Maria Rising Dividend Fund | C | Dividend | | | Sold (part) | 12/15/17 | L | D | |
| 94. | | | | | | | | | |
| 95. - Mediacom Broadband Corp Sr Nt | A | Interest | L | T | | | | | |
| 96. - SPDR S&P 500 ETF Tr | B | Dividend | J | T | | | | | |
| 97. - Vanguard Index FDS | A | Dividend | K | T | | | | | |
| 98. - FT Unit 6385 Dividend | C | Dividend | M | T | | | | | |
| 99. - FT Unit 6426 PFD | E | Dividend | M | T | | | | | |
| 100. -Family Trust Cash Acct 1 held by Ameriprise Financial | A | Interest | L | T | Open | 11/29/17 | K | | |
| 101. FRK MUT QUEST Z | A | Dividend | K | T | Buy | 12/15/17 | K | | |
| 102. ISHS EDGE MSCI MIN ETF | A | Dividend | K | T | Buy | 12/15/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 11/07/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  ISHARES CORE | | None | K | T | Buy | 12/15/17 | K | | |
| 104.   -Vantage Drilling Intl Stapled Unit | | None | J | T | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. There are real properties listed in this section. All real properties are located in the Commonwealth of the Northern Mariana Islands (CNMI). Column C(1) does NOT have the current value because the properties have not been appraised recently, and it would be unduly burdensome to have an appraisal done every year. Also, because Article X, Section 5 of the CNMI Constitution prohibits real property taxes, there is no tax assessment value available to use. The acquisition cost or the last appraised value obtained, if available, is used instead.

Part VII, line 7 is deleted, and included with line 6, because the two adjacent lots were purchased at the same time and subsequently leased together in one transaction.

Part VII, line 26 is deleted, and included with line 25, because the two adjacent lots were originally purchased as one parcel and subsequently subdivided.

Part VII, line 31 is deleted, and included with line 30, because the two adjacent lots were originaly purchased as one parcel and subsequently subdivided.

Part VII, line 33 previously listed as "Finasisu parcel 1-15" is expanded to distinguish the various parcels acquired at different times. They are represented in lines 33 to 39.

Part VII, line 33 lists two lots that were originally purchased in one transaction.

Part VII, line 39 lists five lots because the purchase was for one parcel that was subsequently subdivided into five lots.

Part VII, line 43 and 44 are deleted, and included with line 42, because the three adjacent lots were originally purchased in one transaction.

Part VII, line 48 is for two lots that were acquired in one transaction and inadvertently omitted from all prior reports. The Trust did not earn any income in any of the prior reporting periods through the present.

Part VII, line 104 is an asset acquired in 2013 at the cost of $5,237.50 but was inadvertently omitted from any of the prior reports. It did not generate any revenue during any of the reporting periods, and had a value of $1,376.00 as of December 31, 2017.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ramona V. Manglona**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544